JAMES P. C. SILVESTRI, ESQ.
Nevada Bar No. 3603
BRIAN W. GOLDMAN, ESQ.
Nevada Bar No. 6317
PYATT SILVESTRI
701 Bridger Ave., Suite 600
Las Vegas, Nevada 89101
T. (702) 383-6000
F. (702) 477-0088
jsilvestri@pyattsilvestri.com
bgoldman@pyattsilvestri.com

Attorneys for Plaintiff,
*PREFERRED CONTRACTORS*
*INSURANCE COMPANY,*
*RISK RETENTION GROUP, LLC*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| PREFERRED CONTRACTORS INSURANCE COMPANY, RISK RETENTION GROUP, LLC<br><br>            Plaintiff,<br><br>vs.<br><br>D & T DESIGN CONTRACTORS, LLC; ZHIQIANG WENG; YESINA MILLAN, Individually, and as Mother and Natural Guardian of ESLIA SIMON, CRISTAL SIMON, GISELE SIMON, and JASMINE SIMON, minor children; and VICTOR PEREZ BRAVO,<br><br>            Defendants. | CASE NO.:   2:20-cv-01759-RFB-BNW |

**PLAINTIFF'S CERTIFICATE OF INTERESTED PARTIES**
**AS REQUIRED BY LR 7.1-1**

The undersigned, counsel of record for Plaintiff, PREFERRED CONTRACTORS INSURANCE COMPANY, RISK RETETNION GROUP, LLC certifies that other than the Plaintiff and Defendants, D & T DESIGN CONTRACTORS, LLC, ZHIQIANG WENG, YESINA MILLAN, Individually, and as Mother and Guardian of ESLIA SIMON, CRISTAL SIMON, GISELE SIMON, and JASMINE SIMON, (incorrectly referenced as JASMINE SIMONN in Complaint for Declaratory

Relief) Minor Children, and VICTOR PEREZ BRAVO named above, there are no parties that have an interest in the outcome of this case.

DATED this 12th day of October, 2020.

**PYATT SILVESTRI**

*/s/Brian W. Goldman*
JAMES P.C. SILVESTRI, ESQ.
Nevada Bar No. 3603
BRIAN W. GOLDMAN
Nevada Bar No. 6317
701 Bridger Ave., Suite 600
Las Vegas, Nevada 89101
Attorneys for Plaintiff,
*PREFERRED CONTRACTORS
INSURANCE COMPANY,
RISK RETENTION GROUP, LLC*

2